# Thomas J. Gaffney

Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

Receipt # 11089989
$181.86
nw

JUN 7 - 2010

Paul R. Warren Esq.
Clerk US Bankruptcy Court
300 Pearl Street
Buffalo, NY 14202

RE: Kimberly Putnam
BK# 05-91145CLB

Dear Paul:

　　　Enclosed please find Trustee check No. # 10146 payable to your order in the amount of $181.86.

　　　Same is for Capital One, interest on Claim #5 sent in January 2010 and never returned or cashed.

　　　　　　　　　　　　　　　　　Yours truly,

　　　　　　　　　　　　　　　　　Thomas J. Gaffney



RECEIVED
JUN 7 2010
BANKRUPTCY COURT
BUFFALO, N.Y.